# National Memorial Services, Inc., *v.* Metropolitan Life Insurance Company, Appellant.

Argued October 8, 1946. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*D. C. Jennings,* for appellant.

*Edward I. Roth,* with him *David M. Janavitz,* for appellee.

OPINION PER CURIAM, November 8, 1946:
The judgment of the Superior Court is affirmed on the opinion of President Judge Baldrige.